UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   ENNIS, Thomas P. & Jeanette M.

Chapter 7 Case No.   09-35331

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| METRO ANESTHESIA NTWK<br>PO BOX 47259<br>PLYMOUTH, MN 55447 | 2 | $ 20.10 | $ 3.16 |

Date:   06/07/2010

J. Richard Stermer,  Trustee